**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| COLTON BARRETT | § | |
| VS. | § | CIVIL ACTION NO. 1:17cv387 |
| S. LEBLANC, ET AL. | § | |

### ORDER OVERRULING OBJECTIONS AND ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Colton Barrett, an inmate confined at the Hightower Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed the above-styled civil rights lawsuit against S. LeBlanc and Steve Massie. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of the court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the case be dismissed for failure to state a claim upon which relief be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Plaintiff filed objections to the Report and Recommendation. The court must therefore conduct a *de novo* review of the objections in relation to the pleadings and the applicable law.

Plaintiff alleges the defendants improperly denied grievances he filed concerning the destruction of his property. The Magistrate Judge concluded plaintiff failed to state a claim upon which relief may be granted because he does not have a constitutional right to have grievances properly investigated or resolved to his satisfaction.

In his objections, plaintiff cites to a section of the Offender Orientation Handbook that states claims for lost or damaged property may be pursued through the inmate grievance procedure. He states the defendants failed to comply with this provision when they improperly denied his grievances.

**NOT FOR PRINTED PUBLICATION**

The provision of the Handbook plaintiff cites fails to provide him with a basis for relief in this matter. The failure to comply with prison rules and procedures, without more, does not give rise to a constitutional violation. *Sandoval v. Fox*, 135 F. App'x 691, 691-92 (5th Cir. 2005) (citing *Meyers v. Klevgenhagen*, 97 F.3d 91, 94 (5th Cir. 1996)). The Handbook does not create a federal cause of action for property loss or damage. Any tort claim that Plaintiff might have for property loss or destruction, would arise under State law and would, if any such claim existed, be filed in the appropriate State court. As a result, the court agrees that plaintiff has failed to state a claim upon which relief may be granted in this court.

### ORDER

Plaintiff s objections are without merit and are therefore **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ACCEPTED**. A final judgment shall be entered dismissing this lawsuit in accordance with the recommendation of the Magistrate Judge.

So ORDERED and SIGNED, Aug 15, 2020.

_____
Ron Clark
Senior Judge